# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
**FEDERAL PUBLIC DEFENDER**
marianne_mariano@fd.org

SONYA A. ZOGHLIN
**ASST. FEDERAL PUBLIC DEFENDER**
Sonya_Zoghlin@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

REPLY TO: ROCHESTER

**RECEIVED MAY 30 2018**
Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

**FILED MAY 30 2018** MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY

May 30, 2018

**VIA FAX**

Honorable Jonathan W. Feldman
United States Magistrate Judge
100 State Street
Rochester, NY 14614

Re: *United States v. Richard Leon Wilbern*, 17-CR-6016-CJS, 17-CR-6017-CJS

Magistrate Judge Feldman:

The Court's scheduling order in the above-referenced matter requires the filing of pre-trial motions by tomorrow, May 31, 2018. I am writing to request that this deadline be extended for approximately 30 days for the District Court to resolve a legal issue that has arisen since the scheduling order was issued.

Please also consider this letter my application to continue the tolling of the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(7)(A). I believe the requested adjournment will serve the interests of justice.

Respectfully submitted,

Sonya A. Zoghlin
Assistant Federal Public Defender

cc: Douglas Gregory, AUSA (via e-mail)