IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.

RICHARD LEON WILBERN,
           Defendant.

ORDER
17-CR-6016
17-CR-6017

By letter dated May 30, 2018, counsel for the defense requested that the deadlines for the filing of pretrial motions be postponed to resolve an issue of representation that arisen since scheduling order was issued.

ORDERED that defendant's request for an adjournment is GRANTED. Defense motions shall be filed by 6/29/18, and the government's response by 9/14/18. Oral argument shall be heard on 9/18/18 at 10:00 am.

Pursuant to the defendant's request, time shall be excluded in the internet of justice under 18 U.S.C. Section 3161(h)(7), between today and the filing of defense motions. I find that the reasons for the postponement, noted above and described in the defense's letter, serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated: June 1, 2018
       Rochester, New York

                                    s/Jonathan W. Feldman
                                    HONORABLE JONATHAN W. FELDMAN
                                    United States Magistrate Judge