## WAIVER OF CONFLICT OF INTEREST

I have been informed that a conflict of interest exists due to the fact that the Federal Public Defender's Office currently represents both myself and an individual named Thomas Lofton.

I further understand that for the Federal Public Defender's Office to continue to represent me, both myself and Mr. Lofton, must waive any conflict, both orally and in writing. If that were to occur, I have been made aware that the Federal Public Defender's Office will make an application to withdraw from Mr. Lofton's case and continue to represent me. I know for that happen, however, both myself and Mr. Lofton need to waive any conflict. Otherwise, the Federal Public Defender's Office will be unable to represent either of us. Finally, I have been informed that Mr. Lofton has, in fact, waived the subject conflict of interest.

I have been appointed a conflict free lawyer to advise me of my rights with respect to the current situation. Conflict free counsel has discussed the conflict with me and what will happen if I waive the conflict and what will happen if I do not waive the conflict. He has answered any questions I have about the present situation.

After meeting with conflict free counsel, I am waiving any objections regarding the conflict and requesting that the Federal Public Defenders' Office continue to represent me.

DATED:   June 12, 2018

_____
RICHARD LEON WILBERN

DATED:   June 12, 2018

_____
SCOTT GREEN, ESQ.
Conflict Free Counsel

**United States v. Richard Leon Wilbern**
**17-CR-6016 and 17-CR-6017**

*FILED JUN 22 2018 MARY C. LOEWENGUTH, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF NY*