

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

100 State Street, Suite 500                585/263-6760
Rochester, New York 14614                  fax 585/399-3920
                                           Writer's Direct:  585/399-3938
                                           Douglas.Gregory@usdoj.gov

November 5, 2018

Hon. Jonathan W. Feldman
United States Magistrate Judge
United States Courthouse
100 State Street
Rochester, NY  14614

RECEIVED NOV 0 6 2018
Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

Re:    **United States v. Richard Leon Wilbern**
       17-CR-6016-JWF/CJS
       17-CR-6017-JWF/CJS

Dear Judge Feldman:

At oral argument on this matter, the Court instructed the government to describe the specific portions of the September 28, 2016 interview of the defendant that the government intends to offer at trial, by providing the applicable time stamps on the audio/video. The Court further requested that the government indicate whether the statements were made pre- or post-Miranda. The following conversations are located on compact 1 of 2, dated September 28, 2016:

**Pre-Miranda Statements -  09:36:21 through 09:36:51**
**                          09:46:54 through 09:56:16**

**Post Miranda Statements - 10:05:10 through the conclusion of the video**

In addition to the September 28, 2016 video, the Government also intends to offer the July 19, 2016 audio/video portraying the interaction between FBI SA Seth Fleitman and the defendant. On this date, Mr. Wilbern voluntarily provided his DNA by licking an envelope. The entirety of that interaction was captured on audio/video and has been provided to the Court. While none of the statements made by the defendant are in any way inculpatory, the Government does intend to play the video for the jury to demonstrate the manner in which the DNA was obtained.

Last, in a letter dated November 2, 2018, counsel for the defendant supplied the Court with several emails (Lead 1139-300-306). The government confirms that these emails were

not authored by FBI SA Seth Fleitman, but were merely forwarded to him by the defendant. In particular, Lead 1139-305 is an apparent email discussion between the defendant and the individual fraudulently attempting to rent him property at 82 Southern Parkway.

Please feel free to contact me with any questions or concerns.

Respectfully submitted,

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: *[signature]*

DOUGLAS E. GREGORY
Assistant United States Attorney
Attorney-In-Charge / Rochester Branch

DEG/pbr
cc: Anne M. Burger, AFPD
Sonya A. Zoghlin, AFPD
Joel L. Violanti, AUSA